# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

     v.                                      Civil Action No.  11-895 (JEB)

E-SMART TECHNOLOGIES, INC., *et al.*,

     Defendants.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1.  The Securities and Exchange Commission's [324] Motion for Summary Judgment

    against Defendant Grace on Counts I and II is GRANTED;

2.  Judgment is ENTERED against Defendant Grace on Counts I and II.


                                      */s/ James E. Boasberg*
                                       JAMES E. BOASBERG
                                       United States District Judge

Date:  November 21, 2014