UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> E-SMART TECHNOLOGIES, INC., *et al.*, <br><br> Defendants. | Civil Action No.  11-895 (JEB) |

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Securities and Exchange Commission's [386] Motion for Summary Judgment against Defendant Grace is GRANTED as to Counts V and VII, but DENIED as to Count VI; and,

2. Judgment is ENTERED against Defendant Grace on Counts V and VII.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  February 12, 2015