UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT J. ROWEN,<br><br>         Defendant. | C.A. No. 11-00895 (JEB) |

# JOINT STATUS REPORT

Pursuant to the Court's minute order of September 22, 2015, Plaintiff Securities and Exchange Commission ("Commission") and Defendant Robert J. Rowen ("Defendant") jointly provide the following status report in this matter:

  1.  As the Commission and Defendant previously notified the Court, Defendant has submitted signed papers reflecting his consent to a proposed settlement that, if approved by the Commission and then by the Court, would resolve this matter with the entry of a Final Judgment. Before the proposed settlement is effective and ready for submission to the Court, the Commissioners of the SEC must approve its terms. This entails a deliberative process of review of the Defendant's settlement offer by appropriate offices and divisions within the SEC, and then presentation to the Commissioners for their decision. This process generally takes several weeks.

  2.  The Commission's internal review process is underway and proceeding without issue. The process, however, will not be completed by this Friday, October 23, 2015.

3. Under the circumstances, the Commission and Defendant jointly request that the Court briefly continue this matter until November 20, 2015. If the Commissioners of the SEC approve of the settlement proposal on or before that date, the parties will promptly file the Defendant's signed Consent and a proposed Final Judgment with the Court. Otherwise, the parties request permission to submit a further joint status report.

4. Anthony Diosdi, counsel for Defendant, has authorized the undersigned to represent that Defendant joins in this Motion.

Respectfully submitted,

_____/s/_____
Matthew P. Cohen, Bar No. 469-629
Daniel Maher
Ken Guido
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-7276
cohenma@sec.gov

## CERTIFICATE OF SERVICE

   I hereby certify that on or before October 23, 2015, I caused the foregoing to be filed with the Clerk of the Court using the ECF system that will serve copies on parties who have registered with the ECF system.

   I hereby certify that on or before October 23, 2015, I caused the foregoing to be served on the following persons by electronic mail at the e-mail addresses listed below:

   Mary A. Grace
   16 Chautauqua Park
   Boulder, Colorado 80302
   mgrace@e-smart.com
   marygrace.esmart@gmail.com;

   Tamio Saito
   78Tateminani Watari Mchi
   Watari gun Myagi ken
   JAPAN
   atenmonad@gmail.com

   Anthony Diosdi
   Moskowitz LLP
   180 Montgomery Street, Suite 1950
   San Francisco, CA 94104
   Counsel for Robert Rowen
   adiosdi@moskowitzllp.com

            ____/s/_____
            Matthew P. Cohen