UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT J. ROWEN,<br><br>　　　　　　Defendant. | )<br>)<br>)　C.A. NO. 11-00895 (JEB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF FILING OF DEFENDANT ROBERT J. ROWEN'S CONSENT <u>AND PROPOSED FINAL JUDGMENT</u>**

PLEASE TAKE NOTICE that, pursuant to a settlement that has been approved by the Commissioners of the Securities and Exchange Commission (the "SEC"), Plaintiff is filing contemporaneously with this Notice the executed Consent and Proposed Final Judgment for Defendant Robert J. Rowen. The SEC respectfully requests the Court to enter the Proposed Final Judgment as to Defendant Rowen.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　Matthew P. Cohen
　　　　　　　　　　　　　　　　　　Daniel Maher
　　　　　　　　　　　　　　　　　　Kenneth Guido
　　　　　　　　　　　　　　　　　　U.S. Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　100 F Street, N.E.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20549
　　　　　　　　　　　　　　　　　　(202) 551-7276
　　　　　　　　　　　　　　　　　　(202) 772-9282 (fax)
　　　　　　　　　　　　　　　　　　cohenma@sec.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 11, 2015, I caused the foregoing Notice and the attachments hereto to be filed with the Clerk of the Court using the ECF system that will serve copies on parties who have registered with the ECF system.

      I hereby certify that on November 11, 2015, I caused the foregoing Notice and the attachments hereto to be served on the following persons by electronic mail at the e-mail addresses listed below:

> Mary A. Grace
> 16 Chautauqua Park
> Boulder, Colorado 80302
> mgrace@e-smart.com
> marygrace.esmart@gmail.com;
>
> Tamio Saito
> 78Tateminani Watari Mchi
> Watari gun Myagi ken
> JAPAN
> atenmonad@gmail.com
>
> Anthony Diosdi
> Moskowitz LLP
> 180 Montgomery Street, Suite 1950
> San Francisco, CA 94104
> Counsel for Robert Rowen
> adiosdi@moskowitzllp.com

                                                                                ____/s/_____
                                                                                Matthew P. Cohen